RPR & ASSOCS. v. STATE

[353 N.C. 362 (2001)]

RPR & ASSOCIATES, INC., A SOUTH CAROLINA CORPORATION V. THE STATE OF NORTH CAROLINA, THE UNIVERSITY OF NORTH CAROLINA-CHAPEL HILL AND THE NORTH CAROLINA DEPARTMENT OF ADMINISTRATION

No. 435A00

(Filed 6 April 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 139 N.C. App. 525, 534 S.E.2d 247 (2000), affirming an order entered 16 July 1998 by Barnette, J., in Superior Court, Wake County. Heard in the Supreme Court 15 February 2000.

*Wilson & Waller, P.A., by Brian E. Upchurch, for plaintiff-appellee.*

*Roy A. Cooper, Attorney General, by D. David Steinbock, Assistant Attorney General, for defendant-appellant the North Carolina Department of Administration; and Thomas J. Ziko, Special Deputy Attorney General, and Thomas J. Pitman and Donald R. Esposito, Jr., Assistant Attorneys General, for defendant-appellant the University of North Carolina at Chapel Hill.*

PER CURIAM.

AFFIRMED.